**Order entered June 3, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00011-CV

**SNIDER PLAZA ALLIANCE, Appellant**

**V.**

**THE CITY OF UNIVERSITY PARK, PATRICK BAUGH, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF COMMUNITY DEVELOPMENT, AND JAMES E. STRODE, Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-14812**

### ORDER

Before the Court is appellant's June 1, 2022 unopposed motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief be filed no later than July 11, 2022. Because the brief was first due April 29, 2022, we caution that further extension requests will be disfavored.

/s/　KEN MOLBERG
　　　JUSTICE